Michele R. Stafford, Esq. (SBN 172509)
Blake E. Williams, Esq. (SBN 233158)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mstafford@sjlawcorp.com
bwilliams@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS PENSION PLAN, et al.<br><br>Plaintiffs,<br><br>v.<br><br>SAFECO DOOR & HARDWARE, INC., a California corporation, *dba* AHC GLASS,<br><br>Defendant. | Case No.: C12-4685 SI<br><br>**REQUEST FOR ENTRY OF CONDITIONAL DISMISSAL WITHOUT PREJUDICE;**<br><br>**DECLARATION OF MICHELE R. STAFFORD IN SUPPORT THEREOF;**<br><br>**[PROPOSED] ORDER THEREON** |

For good cause shown below, Plaintiffs herein respectfully request that the Court vacate the calendar in this Action, and conditionally dismiss this matter without prejudice pending Defendant remaining current in contributions through the month of September 2013.

1.   As the Court's records will reflect, this action was filed to compel Defendant's compliance with its obligations under the Collective Bargaining Agreement to which it is signatory.  Plaintiffs filed suit on September 7, 2012 for payment of contributions due them for the month of July 2012, and for liquidated damages and interest accrued on late-paid contributions for the months of January through July 2012.

2.   Prior to service, Defendant advised that it would pay all amounts due.  Defendant recently submitted payment of all amounts due, including attorneys' fees and costs, and one-half of the accrued liquidated damages.  As Defendant has been continuously delinquent in payment of

-1-
**REQUEST FOR ENTRY OF CONDITIONAL DISMISSAL WITHOUT PREJUDICE**
Case No.:  C12-4685 SI

-2-

1 contributions, the remaining 50% will be conditionally waived by the Plaintiffs' Board of Trustees
2 contingent upon Defendant remaining current in their contributions through the month of
3 September 2013.

4     3.    Plaintiffs respectfully request that the Court therefore conditionally dismiss this
5 matter <u>without</u> prejudice.

6     4.    Should Defendant fail to remain current in contributions, Plaintiffs are authorized
7 to ask that the Court reopen this matter.

8     5.    Plaintiffs have not previously filed or dismissed any similar action against
9 Defendant and Defendant has not answered or otherwise appeared in this action.

10     I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above
11 entitled action, and that the foregoing is true of my own knowledge.

12     Executed this 4th day of December, 2012, at San Francisco, California.

13     SALTZMAN & JOHNSON
    LAW CORPORATION
14
15     By: _____/s/_____
    Michele R. Stafford
    Attorneys for Plaintiffs
16

17 IT IS SO ORDERED.

18     This case shall be dismissed without prejudice, and the Court shall retain jurisdiction of the
19 matter to enforce the term for the conditional waiver of liquidated damages, if necessary.

20
21 Date: __12/5/12_____    _____
    THE HONORABLE SUSAN ILLSTON

22
23
24
25
26
27
28

-2-
**REQUEST FOR ENTRY OF CONDITIONAL DISMISSAL WITHOUT PREJUDICE**
Case No.: C12-4685 SI