1  Michele R. Stafford, Esq. (SBN 172509)
   Blake E. Williams, Esq. (SBN 233158)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mstafford@sjlawcorp.com
5  bwilliams@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8                       UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 | NORTHERN CALIFORNIA GLAZIERS, | Case No.: C12-4685 SI
   | ARCHITECTURAL METAL AND GLASS |
11 | WORKERS PENSION PLAN, et al.   | **PLAINTIFFS' REQUEST TO VACATE CASE MANAGEMENT CONFERENCE**
12 |         Plaintiffs,            |
   |                                | Date:      Friday, December 7, 2012
13 |         v.                     | Time:      2:30 p.m.
   |                                | Location:  450 Golden Gate Avenue
14 | SAFECO DOOR & HARDWARE, INC., a|            San Francisco, California
   | California corporation, *dba* AHC GLASS, | Courtroom: 10, 19th Floor
15 |                                |
   |         Defendant.             | Judge:  The Honorable Susan Illston
16

17

18       Plaintiffs hereby submit their Request to Vacate the Case Management Conference

19 currently scheduled for Friday, December 7, 2012 at 2:30 p.m. in Courtroom 10.

20       1.      A Complaint was filed in this action on September 7, 2012 for contributions due to

21 the Trust Funds for work performed by the employees of Defendant Safeco Door & Hardware,

22 Inc., doing business as AHC Glass.

23       2.      Defendant recently submitted payment for all amounts due, including attorneys'

24 fees and costs, and one-half of the accrued liquidated damages.  As Defendant has been repeatedly

25 delinquent in payment of its contributions, the remaining 50% will be conditionally waived by the

26 Plaintiffs' Board of Trustees contingent upon Defendant remaining current in their contributions

27 through the month of September 2013.  A Request for Entry of Conditional Dismissal Without

28 Prejudice was filed with the Court earlier today.

3.     Plaintiffs are waiting for the Court to issue an Order in regards to the Request. There is nothing else for the Court to consider relative to this matter; therefore Plaintiffs respectfully request that the Court vacate the current Case Management Conference scheduled for December 7, 2012.

4.     Plaintiffs recognize that a case management conference statement was due seven days in advance of the case management conference date and that the statement must include all elements requested in the "Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement" pursuant to Local Rule 16-9.  Plaintiffs inadvertently missed that deadline due to the pending resolution of the Action.  Should this Court require Plaintiffs to file a Case Management Conference Statement, Plaintiffs will do so promptly.

Date:   December 3, 2012            SALTZMAN & JOHNSON
                                    LAW CORPORATION

                            By:     _____/s/_____
                                    Michele R. Stafford
                                    Attorneys for Plaintiffs

**IT IS SO ORDERED**

The Case Management Conference currently scheduled for December 7, 2012 at 2:30 p.m. is hereby vacated.  All related deadlines are vacated accordingly.

Date:   12/5/12

                                    _____
                                    UNITED STATES DISTRICT COURT JUDGE

-2-
**REQUEST TO VACATE CMC**
Case No.: C12-4685 SI

P:\CLIENTS\GLACL\AHC Glass 4 (Safeco)\Pleadings\C12-4685 SI - Request to Vacate CMC 120312.docx